FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KORY ANTHONY JOSEPH HALL,<br><br>Defendant. | NO: 2:14-CR-0021-TOR-3<br><br>ORDER DENYING RECONSIDERATION MOTION |

BEFORE THE COURT is Defendant's "Termination of Supervised Release Response to Denial And Reconsideration or Modification of supervised release remaining Term." ECF No. 2642. This matter was submitted for hearing without oral argument. The Court has reviewed the record and files herein and is fully informed.

For the reasons the Court enunciated in its Order Denying Motion for Early Termination of Supervised Release, ECF No. 2641, the Court denies this construed Motion for Reconsideration.

ORDER DENYING RECONSIDERATION MOTION ~ 1

**ACCORDINGLY, IT IS ORDERED:**

Defendant's "Termination of Supervised Release Response to Denial And Reconsideration or Modification of supervised release remaining Term," ECF No. 2642, is **DENIED**.

The District Court Clerk is directed to enter this Order and provide copies to the parties and to the United States Probation Office.

DATED November 15, 2024.



THOMAS O. RICE
United States District Judge

ORDER DENYING RECONSIDERATION MOTION ~ 2